


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JAMES F. PAYTON**

INDICTMENT

NO. 3:18CR-4-CRS

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)
21 U.S.C. § 853

The Grand Jury charges:

### COUNT 1

On or about February 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES F. PAYTON,** defendant herein, knowingly and intentionally possessed with intent to distribute, 100 grams or more of a mixture and substance containing a detectible amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section, 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

### COUNT 2

On or about February 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES F. PAYTON,** defendant herein, knowingly and intentionally possessed with intent to distribute, 28 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section, 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 3

On or about February 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES F. PAYTON**, defendant herein, knowingly and intentionally possessed with intent to distribute, a mixture and substance containing a detectible amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section, 841(a)(1) and 841(b)(1)(C).

The Grand Jury further charges:

## COUNT 4

On or about February 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES F. PAYTON**, defendant herein, knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section, 841(a)(1) and 841(b)(1)(D).

The Grand Jury further charges:

## COUNT 5

On or about February 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **JAMES F. PAYTON**, defendant herein, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **JAMES F. PAYTON,** defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

*[signature] for RMC*
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:rr:12/20/2017

3

UNITED STATES OF AMERICA v. JAMES F. PAYTON

## PENALTIES

| | |
|---|---|
| Counts 1 & 2: | NL 5 yrs./NM 40 $5,000,000/both/NL 4yrs./NM Life Supervised Release (each count) |
| | NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs./NM Life Supervised Release (with notice of one prior drug conviction) |
| Counts 3 & 5: | NM 20 yrs./$1,000,000/both/NL 3 yrs./NM Life Supervised Release (each count) |
| | NM 30 yrs./$2,000,000/both/NL 8 yrs./NM Life Supervised Release (with notice of one prior drug conviction) |
| Counts 4: | NM 5 yrs./$250,000/both/NL 3 yrs. Supervised Release |
| | NM 10 yrs./$500,000/both/NL 4 yrs. Supervised Release (with notice of one prior drug conviction) |
| Forfeiture | |

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Louisville

## THE UNITED STATES OF AMERICA
vs.

### JAMES F. PAYTON

## INDICTMENT

Count 1: Title 21, U.S.C. § 841(a)(1) and (b)(1)(B)
(Possession of a Controlled Substance With the Intent to Distribute - Heroin)
Count 2: Title 21, U.S.C. § 841(a)(1) and (b)(1)(B)
(Possession of a Controlled Substance With the Intent to Distribute – Cocaine Base)
Count 3: Title 21, U.S.C. § 841(a)(1) and (b)(1)(C)
(Possession of a Controlled Substance With the Intent to Distribute -Cocaine)
Count 4: Title 21, U.S.C. § 841(a)(1) and (b)(1)(D)
(Possession of a Controlled Substance With the Intent to Distribute – Marijuana)
Count 5: Title 21, U.S.C. § 841(a)(1) and (b)(1)(C)
(Distribution of a Controlled Substance – Cocaine Base)
Forfeiture

*A true*

_____
*Foreperson*

*Filed in open court this 17th day of January, 2018.*

_____
*Clerk*

Bail, $



FILED
VANESSA L. ARMSTRONG, CLERK

JAN 17 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY