United States District Court for the Western District of Kentucky  Page 1 of 1



# Case Assignment
## Standard Criminal Assignment

Case number **3:18CR-4-CRS**

Assigned : Senior Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 1/17/2018 11:40:25 AM
Transaction ID: 11109

[Request New Judge]  [Return]