# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CRIMINAL ACTION NUMBER: 3:18-CR-4-CRS**

**JAMES PAYTON**     **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge and was called in open Court on February 2, 2018 to conduct an initial appearance.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Daniel P. Kinnicutt on behalf of Randy Ream, Assistant United States Attorney |
| For the defendant: | Defendant James Payton - Present and in custody |
| Court Reporter: | April Dowell |

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The defendant advised the Court that he will retain counsel for future proceedings.

The United States having moved for the detention of the defendant,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **Monday, February 5, 2018 at 1:00 p.m.** before the Honorable Dave Whalin, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant be remanded to the custody of the United States Marshal pending further order of the Court.

This 2nd day of February, 2018     **ENTERED BY ORDER OF THE COURT:**
**DAVE WHALIN**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
BY: *Ashley Henry* - **Deputy Clerk**

Copies: U.S. Attorney
        U.S. Probation

0|05